UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| APOLLO, INC, a Washington corporation; and APOLLO SHEET METAL, INC., a Washington corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>PARSONS INFRASTRUCTURE & TECHNOLOGY GROUP, INC, a Nevada corporation,<br><br>    Defendant. | NO. CV-03-5095-RHW<br><br>**ORDER DISMISSING CASE; DENYING PENDING MOTIONS AS MOOT** |

On July 19, 2005, the parties filed a joint Stipulation for Order of Dismissal With Prejudice and Without Costs or Attorney Fees (Ct. Rec. 254). Previously, the parties had notified the Court that they had settled their claims and the trial date was stricken.

Accordingly**, IT IS HEREBY ORDERED:**

1. The parties' joint Stipulation for Order of Dismissal With Prejudice and Without Costs or Attorney Fees (Ct. Rec. 254) is **GRANTED**.

2. The pending motions (Ct. Recs. 213, 214, 215, 216, 250) are **DENIED, as moot**.

3. The above-captioned case is **DISMISSED**, with prejudice and without costs or attorneys' fees to any party.

///

///

**ORDER DISMISSING CASE;**
**DENYING PENDING MOTIONS AS MOOT** ~ 1

1  **IT IS SO ORDERED.** The District Court Executive is hereby directed to
2  enter this order, furnish copies to counsel and **close the file**.
3  **DATED** this 23rd day of August, 2005.
4
5                             s/ ROBERT H. WHALEY
                          Chief United States District Judge
6
7
8
9
10  Q:\CIVIL\2003\Apollo\dismiss2.ord.wpd
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER DISMISSING CASE;**
**DENYING PENDING MOTIONS AS MOOT ~ 2**